UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JOEL SUJILIO

Defendant(s).

----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR-799     ( CM )

Defendant _____JOEL SUJILIO_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or X teleconferencing:

___   Initial Appearance Before a Judicial Officer

  X   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

JOEL SUJILIO
Print Defendant's Name

Defendant's Counsel's Signature

DAVID K. BERTAN
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/13/2022
Date

U.S. District Judge/U.S. Magistrate Judge