**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

MEMO ENDORSED

12/8/22

Sentencing Adj to
Feb. 9, 2023
at Noon

December 2, 2022

*Via ECF*

Hon. Colleen McMahon, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:   USA v. Joel Sujilio
              Docket No. 21-cr-799 (LAP)

Dear Judge McMahon:

      Sentencing in this matter is currently set for December 13 at 3 PM. Mr. Sujilio is awaiting medical treatment for his ankle: he has a metal plate supporting it and the screws holding the plate are bending, making it difficult and painful to walk. He is concerned that he could be called at any time for the procedure, and has asked me to request an adjournment to January of 2023. I have consulted with the Government, and there is no objection to this request. For scheduling purposes, I am available from January 16-26, and again from February 13 onward. From January 30 through February 10 I will be on trial before Judge Preska. Thank you for your consideration in this matter.

                                          Very truly yours,

                                          David K. Bertan

*/s/ Colleen McMahon*

DKB
cc: AUSA Edward C. Robinson (Via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/22