**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

MEMO ENDORSED

6/12/23

June 12, 2023

*Via ECF*

Sentencing adj to
Sept. 14, 2023 at
12 P.M.

Hon. Colleen McMahon, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*[signature: Colleen McMahon]*

**Re: USA v. Joel Sujilio**
**Docket No. 21-cr-799 (LAP)**

Dear Judge McMahon:

Sentencing in this matter is currently set for June 15, 2023 at 2:15 PM. This Court has previously granted Mr. Sujilio's requested adjournments in order to allow him to finish a course of post-surgical physical therapy at the MDC. Mr. Sujilio has advised me his physical therapy will conclude in mid-July. With that, I am respectfully requesting an adjournment of sentencing to a date in early August, or after August 18, 2023. I will be unavailable between July 26 and August 1, and again from August 10-18, 2023. The Government has no objection to the requested adjournment.

Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

DKB
cc: AUSA Edward C. Robinson (Via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/23