USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                 :
UNITED STATES OF AMERICA
                 :     CONSENT PRELIMINARY ORDER
        - v. -               OF FORFEITURE/
                 :     <u>MONEY JUDGMENT</u>
JOEL SUJILIO,
                 :     21 Cr. 799 (CM)
           Defendant.
                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about December 22, 2021, JOEL SUJILIO (the "Defendant") was charged in a ten-count Indictment, 21 Cr. 799 (CM) (the "Indictment"), with five counts of Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951 and 2 (Counts One through Five); and brandishing a firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i),(ii) and 2 (Counts Six through Ten);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Five of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real or personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One through Five of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One through Five of the Indictment;

WHEREAS, on or about June 6, 2022, the Defendant pled guilty to Counts One through Four of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One through Four of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to

$5,919 in United States currency, representing proceeds traceable to the commission of the offenses charged in Count Ones through Four of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $5,919 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts One through Four of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One through Four of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Edward C. Robinson, Jr., of counsel, and the Defendant and his counsel, David K. Bertan, Esq., that:

1.     As a result of the offenses charged in Count One through Four of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $5,919 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One through Four of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.     Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant JOEL SUJILIO, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.     The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York


By:  _____/s/Edward C. Robinson Jr._____          __9/27/2023__
         EDWARD C. ROBINSON, Jr.                              DATE
         Assistant United States Attorney
         One St. Andrew's Plaza
         New York, NY 10007
         (212) 637-2273


JOEL SUJILIO

By:  _____          __9/27/23__
         JOEL SUJILIO                                         DATE


By:  _____          __9/27/23__
         DAVID K. BERTAN, ESQ.                            DATE
         Attorney for Defendant
         888 Grand Concourse Suit 1N
         Bronx, NY 10007

SO ORDERED:

_____          __9/27/2023__
HONORABLE COLLEEN MCMAHON                DATE
UNITED STATES DISTRICT JUDGE

11:53 Am